UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD C. ROBERTS,

        Plaintiff,        Case No. 06-cv-11041-DT
                                (consolidated with 05-cv-72964-DT)

v.

                                Honorable Anna Diggs Taylor

UNISOURCE WORLDWIDE, INC.,
a Delaware Corporation,        Magistrate Judge Steven D. Pepe

        Defendant.
_____/

## ORDER CONSOLIDATING CASE NO. 06-11041 WITH CASE NO. 05-72964 AND CLOSING CASE NO. 06-11041

The Court may order consolidation of separate cases pursuant to Federal Rule of Civil Procedure 42(a), which provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

The purpose of this rule is to promote convenience and judicial economy.

Being fully advised in the premises and having read the pleadings, the Court hereby Consolidates case number 06-11041 with case number 05-72964. All subsequent pleadings shall be entered under the lower case number of 05-72946.

Further, case number 06-11041 is hereby closed for administrative purposes.

IT IS SO ORDERED.


DATED:  May 4, 2006                          s/Anna Diggs Taylor
                                                  ANNA DIGGS TAYLOR
                                                  UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **May 4, 2006**.

                s/Johnetta M. Curry-Williams
                Case Manager